UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80181-CR-ROSENBERG

UNITED STATES OF AMERICA

vs.

RICHARD ARTUR,

      Defendant.
      _____/

***FACTUAL BASIS FOR CHANGE OF PLEA***

In June 2019, agents from the DEA and PBSO initiated an investigation into the drug trafficking activities of Richard ARTUR and Dieudruch EMMANUEL. As the investigation progressed, agents identified multiple telephone numbers utilized by ARTUR and EMMANUEL to facilitate heroin transactions. Between the months of June and September 2019, a confidential source (CS) and/or an undercover agent (UC) made eight (8) controlled purchases of heroin from ARTUR and EMMANUEL related to this case. In summary, on June 7, 2019, the CS purchased approximately 6 grams of heroin for $300.00 from EMMANUEL's cousin, in a transaction that was directed by EMMANUEL. On June 13, 2019, the CS purchased approximately 13 grams of heroin for $1,100.00 from EMMANUEL's cousin, in a transaction that was directed by EMMANUEL. On July 30, 2019, the CS purchased approximately 15 grams of heroin for $1,250.00 directly from ARTUR. On August 1, 2019, the CS purchased approximately 16 grams of heroin for $1,150 directly from ARTUR. On August 8, 2019, an undercover agent (UC) purchased approximately 31 grams of heroin for $2,200 directly from ARTUR. On August 20, 2019, the UC purchased approximately 29 grams of heroin for $2,200 directly from ARTUR.

Following this transaction, the UC complained to ARTUR that the heroin was weak and had been "stepped on" too many times. On August 22, 2019, the CS purchased approximately 15 grams of heroin for $1,100.00 directly from ARTUR. The CS first contacted EMMANUEL, who then directed the CS to contact ARTUR to complete the transaction. On September 12, 2019, the CS purchased approximately 30 grams of heroin for $2,200 directly from ARTUR.

Based on the aforementioned controlled purchases of heroin and other investigative activity, on October 28, 2019, agents applied for and received a court order authorizing the interception of wire and electronic communications on Sprint telephone number (561) 225-XXXX (Target Telephone), with no known subscriber information listed, utilized by Richard ARTUR. The period of interception of the Target telephone began on October 29, 2019 and continued through November 8, 2019.

On November 6, 2019, law enforcement planned a controlled narcotics transaction wherein the CS, along with the UC, planned to obtain a free "sample" of heroin from ARTUR in anticipation of making a five (5) ounce purchase of heroin the following day. Agents anticipated that ARTUR would contact EMMANUEL, his brother, to secure the five ounces of heroin.

On November 6, 2019 beginning at 7:51 a.m., Richard ARTUR, while utilizing the Target Telephone, exchanged a series of telephone calls and text messages with EMMANUEL. During these conversations, ARTUR and EMMANUEL discussed the pending five (5) ounce heroin transaction with the UC. EMMANUEL and ARTUR debated whether to trust the UC. EMMANUEL suggested mixing the heroin with fentanyl or "fetty" to make it more potent. EMMANUEL and ARTUR also spoke about and agreed to the price per heroin ounce that they would charge the UC. During one intercepted conversation, ARTUR asked EMMANUEL, "You

ain't got [STUTTERS] nothin', nothin'to mix with it?" EMMANUEL responded, "Yeah, but shhh... What I'm going to do, I gonna take cream from your stuff and I will take another cream from my good stuff and I'm going to mix it and I will give it to Buddy. So, he can see the color. Maybe we can try to do something like that. He gonna need four (4) or five (5) of them, as long as it's good." Based on these conversations, agents believe that ARTUR and EMMANUEL conspired to mix their mutual supplies of heroin to increase potency, thereby alleviating the concerns of the UC that the heroin sold by ARTUR on August 20, 2019 was weak.

On November 6, 2019, at approximately 5:30 p.m., the CS received a call from EMMANUEL wherein EMMANUEL agreed to meet with the CS. At approximately 5:58 p.m., agents observed ARTUR's vehicle arrive in the parking lot and park in front of Nola's Pizza. EMMANUEL was a passenger in ARTUR's vehicle. Agents observed the CS enter ARTUR's vehicle. Agents audibly monitored the CS during the meeting with ARTUR and EMMANUEL. During the conversation, both ARTUR and EMMANUEL asked the CS if the UC was a cop or if the CS was wearing a wire. ARTUR and EMMANUEL told the CS that they were giving the CS a sample of a stronger product to distribute to the CS's customers.

At approximately 6:01 p.m., agents observed the CS exit ARTUR's vehicle. Upon meeting with the agents, the CS turned over a clear plastic baggie containing a brown/white grainy substance. Agents again searched the CS with negative results. During the ensuing debriefing, the CS confirmed that the CS entered ARTUR's vehicle to the rear passenger side and observed EMMANUEL in the back seat behind the driver's seat. EMMANUEL began to ask the CS if the CS was wearing a wire and whether the UC was police officer. After a few minutes of questioning by EMMANUEL, the CS was given a sample of heroin (2 grams) by EMMANUEL.

3

The CS's statements matched the agents' observations. The sample of heroin and a recording of the meeting were placed into evidence.

On November 7, 2019, the CS, in the presence of the UC, exchanged a series of recorded telephone calls with EMMANUEL. During these conversations, the CS arranged the narcotics transaction of five ounces of heroin. In response, EMMANUEL instructed the CS to "come to my people house off of Kudza," referring to Richard ARTUR's residence located at XXXX Violet Avenue, West Palm Beach, Florida. EMMANUEL also stated that he "was ready," further advising that the UC would not be disappointed with the product this time. Based on the context of the conversation and the totality of the investigation, agents believe EMMANUEL was referring to the previous August 20, 2019 purchase of heroin made by the UC from ARTUR wherein the UC complained that the heroin was "garbage" and had been "stepped on too much" in order to negotiate a better price for the future purchase of five ounces of heroin.

The CS was equipped with a digital recording device. The UC was provided a total of $10,000. The UC was equipped with an audio and video recording device. The UC and CS drove in an unmarked police vehicle to the meeting location. During this time frame, at approximately 6:18 p.m., ARTUR exchanged a series of telephone calls with EMMANUEL. EMMANUEL asked ARTUR about the pending drug transaction with the UC. Specifically, EMMANUEL asked ARTUR, "Are you in the car? They are coming, they're passing Jog." ARTUR replied, "Alright, let me go outside." Based on these conversations, agents believed that EMMANUEL was coordinating with ARTUR to complete the pending heroin transaction with the UC.

At approximately 6:21 p.m., the UC arrived at ARTUR's residence. ARTUR entered the

UC's vehicle where he sold 5 ounces of heroin in exchange for $10,000. ARTUR apologized for the last purchase of heroin. ARTUR acknowledged that he was working with his brother, EMMANUEL, and claimed that the product sold to the UC on this date was "fire," which is street terminology for great quality. The UC then removed a small digital scale from the center console and placed the bag on the scale, which yielded a weight of 138.9 grams. ARTUR told the UC it was a little short because "Chewbi" (EMMANUEL) had provided the CS with a two (2) gram sample of the product the day before. The transaction was videotaped.

After the transaction, Richard ARTUR, while utilizing the Target Telephone, exchanged a series of telephone calls with EMMANUEL. ARTUR confirmed that the deal was done and the two spoke about EMMANUEL getting his share of the narcotics proceeds. EMMANUEL then directed ARTUR to meet him.

The heroin purchased by the UC was submitted to the laboratory for testing. The lab confirmed that the substance was heroin and had a net weight of 137 grams.

Date: 2/29/24

By: _____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

Date: 2-29-24

By: _____
PATRICK WILSON
ATTORNEY FOR DEFENDANT

Date: 2-29-24

By: Richard Artur
RICHARD ARTUR
DEFENDANT