UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 9:21-cr-80181-RLR

UNITED STATES OF AMERICA

v.

RICHARD ARTUR
_____/

## MOTION TO CONTINUE SENTENCING

**COMES NOW**, the accused, **Richard Artur**, by and through undersigned counsel, hereby files this motion to continue the sentencing hearing currently scheduled before this Court on May 15, 2024. The grounds for this motion are as follows:

On May 13, 2024, defense counsel for Mr. Artur began trial for the State of Florida v. Steven Raymonvil, 22000204CF10A, a carjacking case before Judge John Fry (trying it for Judge George Odom) in Broward County with an in-custody defendant. Originally, the prospect of the case resolving today was likely; however, on the first day of testimony, today, the trial has progressed significantly more slowly than anticipated and will likely continue through the scheduled sentencing time before this Court. As a result, defense counsel is requesting a brief continuance of the sentencing.

The defense counsel has "met and conferred" with his counterpart for

1

the Government and she responded that she does not have an objection to this continuance. Defense counsel is proposing a date next week, other than Monday, May 20, 2024.

**WHEREFORE**, for the above-listed reasons, Mr. Artur is requesting that a continuance of his sentencing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th of May, 2024, the foregoing document has been electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day to all on this day to all counsel of record, either via Transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notice of filing.

Patrick Wilson Law, PLLC
Attorneys for the Defendant
13501 SW 128th St., Suite 205
Miami, FL 33186
786-263-9240

*/s Patrick Wilson*
Patrick Wilson
Florida Bar No.: 109325
patrick@patrickwilsonlaw.com